UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARSH CHHATWAL,<br><br>                Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | 25-CV-7140 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **December 22, 2025**. Plaintiff's brief in support shall be filed by **January 21, 2026.** The Government's opposition shall be filed by **March 3, 2026.** Plaintiff's reply brief shall be filed by **March 17, 2026.**

DATED:  November 19, 2025
            New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge